```
 1  STEVEN D. HEMMINGER (SBN 110665)
    AKIN GUMP STRAUSS HAUER & FELD LLP
 2  Two Palo Alto Square
    3000 El Camino Real, Suite 400
 3  Palo Alto, California 94306
    Telephone:    650-838-2000
 4  Facsimile:    650-838-2001
    E-mail:       shemminger@akingump.com
 5
    JOANNA H. KIM (SBN 183799)
 6  AKIN GUMP STRAUSS HAUER & FELD LLP
    2029 Century Park East, Suite 2400
 7  Los Angeles, California 90067-3012
    Telephone:    310-229-1000
 8  Facsimile:    310-229-1001
 9  Attorneys for Plaintiff
    CLEVER SYS., INC.
10
```

FILED
07 NOV -7 AM 11: 02
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____CP_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

via fax

| | |
|---|---|
| CLEVER SYS., INC., a Virginia corporation,<br><br>Plaintiff,<br><br>v.<br><br>VIEWPOINT LIFE SCIENCES, INC., a Canadian corporation,<br><br>Defendant. | Case No. '07 CV 2130 H (NLS)<br><br>**NOTICE OF PARTY WITH FINANCIAL INTEREST** |

6162269

NOTICE OF PARTY WITH FINANCIAL INTEREST

1  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and CivLR 40.2, Plaintiff Clever Sys., Inc. ("Plaintiff") certifies that there are no parent corporations or publicly held corporations that owns 10% or more of the stock in Plaintiff.

The undersigned counsel of record for Plaintiff further certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| Entities or Persons | Interest |
| --- | --- |
| Clever Sys., Inc. | Plaintiff |
| Viewpoint Life Sciences, Inc. | Defendant |

Dated: November 6, 2007

AKIN GUMP STRAUSS HAUER & FELD LLP

By _____
Joanna H. Kim
Attorneys for Plaintiff
CLEVER SYS., INC.

6162269

1

NOTICE OF PARTY WITH FINANCIAL INTEREST