STEVEN D. HEMMINGER (SBN 110665)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone:  650-838.2000
Facsimile:  650.838.2001
E-mail:     shemminger@akingump.com

JOANNA H. KIM (SBN 183799)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
Telephone:  310-229-1000
Facsimile:  310-229-1001
E-mail:     jkim@akingump.com
            dnelson@akingump.com

Attorneys for Plaintiff
CLEVER SYS., INC.

## UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEVER SYS., INC., a Virginia corporation, | **Case No. 07-CV-2130 H (NLS)** |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER** |
| VIEWPOINT LIFE SCIENCES, INC., a Canadian corporation, | |
| Defendant. | |

6168960

1    ## STIPULATION AND [PROPOSED] ORDER

2    Plaintiff Clever Sys., Inc. ("Plaintiff") and Defendant ViewPoint Life Sciences, Inc.

3    ("Defendant"), through their counsel of record, hereby agree and stipulate as follows:

4    ## RECITALS

5    WHEREAS, on November 7, 2007, Plaintiff filed its Complaint in the above entitled action;

6    WHEREAS, Defendant was personally served with the Summons and Complaint on November

7    7, 2007;

8    WHEREAS, Defendant's response to the Complaint is due on or before November 27, 2007;

9    WHEREAS, Plaintiff and Defendant are engaged in settlement negotiations to attempt to

10    resolve this matter outside of the Court;

11    WHEREAS, Plaintiff has consented to Defendant's request for an extension of time to respond

12    to the Complaint until January 31, 2008;

13    WHEREAS, this is the first request by Defendant for an extension of time to respond to the

14    Complaint;

15    WHEREAS, the Stipulation is not intended to waive any of Defendant's rights under Rule 12 of

16    the Federal Rules of Civil Procedure;

17    //

18    //

19    //

20    //

21    //

22    //

23    //

24    //

25    //

26    //

27    //

28    //

6168960

1

STIPULATION AND [PROPOSED] ORDER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

<u>STIPULATION</u>

THEREFORE, IT IS SO STIPULATED by and between Plaintiff and Defendant, through their attorneys of record, that:

    1.    The Summons and Complaint are deemed served on all Defendants as of November 7, 2007;

    2.    The deadline for Defendant to respond to Plaintiff's Complaint shall be extended from November 27, 2007 to January 31, 2008.

Dated:  November 21, 2007          AKIN GUMP STRAUSS HAUER & FELD LLP

                            s/Joanna H. Kim
                            Attorneys for Plaintiff
                            CLEVER SYS, INC.
                            jkim@akingump.com

Dated:  November 21, 2007          WOMBLE CARLYLE SANDRIDGE & RICE, PLLC

                            s/AnnaMartina Tyreus
                            Attorneys for Defendant
                            VIEWPOINT LIFE SCIENCES, INC.
                            MTyreus@wcsr.com

<u>ORDER</u>

IT IS SO ORDERED:

Dated:  _____, 2007      _____
                            UNITED STATES DISTRICT COURT JUDGE