# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEVER SYS., INC. A Virginia corporation,<br><br>                                      Plaintiff,<br>   vs.<br><br>VIEWPOINT LIFE SCIENCES, INC., a Canadian corporation,<br><br>                                      Defendant. | CASE NO. 07-CV-2130 H (NLS)<br><br>ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME |

The parties have submitted a stipulation which the Court construes as a joint motion. (See Local Civil Rule 7.2.) Accordingly, the Court orders that the Summons and Complaint are deemed served on all Defendants as of November 7, 2007. Furthermore, the Court extends the deadline for Defendant to respond to Plaintiff's Complaint until **January 31, 2008.**

IT IS SO ORDERED.

Dated: November 26, 2007

**MARILYN L. HUFF,** District Judge
UNITED STATES DISTRICT COURT

Copies to:

All Parties of Record