STEVEN D. HEMMINGER (SBN 110665)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: 650-838.2000
Facsimile: 650.838.2001
E-mail: shemminger@akingump.com

JOANNA H. KIM (SBN 183799)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
Telephone: 310-229-1000
Facsimile: 310-229-1001
E-mail: jkim@akingump.com
         dnelson@akingump.com

Attorneys for Plaintiff
CLEVER SYS., INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEVER SYS., INC., a Virginia corporation,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>VIEWPOINT LIFE SCIENCES, INC., a Canadian corporation,<br><br>　　　　　　Defendant. | **Case No. 07-CV-2130 H (NLS)**<br><br>**RULE 41(A) VOLUNTARY DISMISSAL** |

6195074

**RULE 41(A) VOLUNTARY DISMISSAL**

Case No. 07-CV-2130 H (NLS)

Defendant ViewPoint Life Sciences, Inc. ("Defendant") has not answered or filed a motion for summary judgment. As such, Plaintiff CleverSys., Inc. ("Plaintiff"), is entitled to, and does hereby, voluntarily dismiss this action pursuant to Rule 41(a) of the Federal Rules Civil Procedure.

Dated: January 25, 2008

AKIN GUMP STRAUSS HAUER & FELD LLP

By: /s/ Joanna H. Kim

Attorneys for Plaintiff
CLEVERSYS, INC.

6195074

1

**RULE 41(A) VOLUNTARY DISMISSAL**

Case No. 07-CV-2130 H (NLS)